# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | 8:15CR159 |
| ) | |
| DANIEL ZAVALA-VERA, ) | ORDER |
| ) | |
| Defendant. ) | |

The government's Motion to Continue (24) is granted.

**IT IS ORDERED** that the Motion to Suppress hearing is continued **August 17, 2015,** at **2:00 p.m.** before Magistrate Judge Thomas D. Thalken, Courtroom No. 7, Second Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

Since this is a criminal case, the defendant must be present unless excused by the Court.

DATED this 22nd day of July, 2015.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge