IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:15CR159 |
| | ) | |
| v. | ) | FINDINGS AND RECOMMENDATION |
| | ) | AND |
| DANIEL ZAVALA-VERA, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

At the conclusion of the hearing on August 17, 2015, on the defendant's motion to suppress, I stated my conclusions on the record and my decision to recommend that the motion to suppress be denied in part and granted in part. In accordance with that announcement,

**IT IS RECOMMENDED** to the Honorable Laurie Smith Camp, Chief United States District Judge, that the motion to suppress (Filing No. 19) be denied in part as related to booking type information, including aliases, and Zavala-Vera's statement that a package of methamphetamine was his but granted in part as to Zavala-Vera's statement about a receipt found on some speakers and all statements made during Officer Branch's "explanation" of Zavala-Vera's situation at the end of the search as set forth in the oral Findings and Recommendation as will be reflected in the transcript.

**FURTHER, IT IS ORDERED:**

1. The clerk shall cause a transcript of the hearing to be prepared and filed.
2. Pursuant to NECrimR 59.2 any objection to those Findings and Recommendations shall be filed with the Clerk of the Court within fourteen (14) days after the transcript has been filed. Failure to timely object may constitute a waiver of any such objection. The brief in support of any objection shall be filed at the time of filing such objection. Failure to file a brief in support of any objection may be deemed an abandonment of the objection.

Dated this 17th day of August, 2015.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge