IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:15CR159 |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | MEMORANDUM AND ORDER |
| DANIEL ZAVALA-VERA, | ) ) ) | |
| Defendant. | ) | |

Before the Court are the Findings and Recommendation of Magistrate Judge Thomas D. Thalken (Filing No. 31). No objections have been filed. Under 28 U.S.C. § 636(b)(1)(C), the Court has conducted a de novo review of the record and adopts the Findings and Recommendation.

IT IS ORDERED:

1. The Magistrate Judge's Findings and Recommendation (Filing No. 31) are adopted in their entirety;

2. The Motion to Suppress (Filing No. 19) filed by the Defendant Zavala-Vera is granted in part with regards to following as set forth in the oral Findings and Recommendation and as stated on the record:

   a. The Defendant's statement about a receipt found regarding speakers and all statements made during the interrogation by Officer Branch at the end of the search are suppressed; and

   b. The Motion is otherwise denied.

DATED this 30rd day of September, 2015.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge