IN THE UNITED STATES DISTRICT COURT
                      FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | CASE NO. 8:15CR159 |
| --- | --- | --- |
| Plaintiff, | ) | |
| | ) | ORDER |
| vs. | ) | |
| DANIEL ZAVALA-VERA, | ) | |
| Defendant. | ) | |

This matter is before the Court on the Plaintiff's Motion to Dismiss Forfeiture Allegation (Filing No. 43) against Defendant Daniel Zavala-Vera. The Court has reviewed the record in this case and concludes the Plaintiff's Motion should be granted. Accordingly,

IT IS ORDERED:

1. The Plaintiff's Motion to Dismiss Forfeiture Allegation (Filing No. 43) against Daniel Zavala-Vera is granted; and

2. The Forfeiture Allegation of the Indictment (Filing No. 1) against Daniel Zavala-Vera is dismissed

DATED this 18th day of December, 2015.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge